NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-3046

### BERNARD S. JENKINS,

Petitioner,

v.

### SMITHSONIAN INSTITUTION,

Respondent.

Petition for review of the Merit Systems Protection Board in DC315H090764-I-1.

## ON MOTION

Before SCHALL, Circuit Judge.

## O R D E R

Bernard S. Jenkins moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

DEC 14 2009
_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Bernard S. Jenkins
    Patryk J. Drescher, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 14 2009

JAN HORBALY
CLERK